AO 91 (Rev. 11/11)  Criminal Complaint

  

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

SEP 1 9 2022

Clerk, U.S. District Court
Eastern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) ) ) | Case No. 4:22-MJ-585 |
| ERNESTO MORENO ROMERO | ) ) ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 15, 2022, in the county of COOKE in the Eastern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

SA Tyler Booth, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/19/2022

*Judge's signature*

City and state: Plano, Texas     Kimberly C. Priest Johnson, U.S. Magistrate Judge
*Printed name and title*